UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                            CIVIL ACTION NO.: 12-11581

AARON GIBSON,            HONORABLE: STEPHEN J. MURPHY III

       Defendant,
and

**SECURITAS SECURITY SERVICES USA INC.**,

       Garnishee Defendant.
_____/

## EX-PARTE MOTION AND ORDER FOR GARNISHEE DEFENDANT SECURITAS SECURITY SERVICES USA INC. TO TURNOVER GARNISHMENT FUNDS

The United States of America, filed a Writ of Garnishment against the defendant, Aaron Gibson and the Garnishee Defendant, SECURITAS SECURITY SERVICES USA INC., filed a garnishment disclosure stating wages are being paid to the defendant, Aaron Gibson Social Security number XXXXXX-0581. Under the law, all non-exempt property belonging to Aaron Gibson, including but not limited to twenty-five percent (25%) of the non-exempt disposable earnings owed to Aaron Gibson are being withheld from and retained by the Garnishee Defendant pending further order of the Court. The Plaintiff requests this Court order the

withheld funds be turned over to Plaintiff and for the Garnishee Defendant to continue to withhold funds and forward payment to the Plaintiff until such time as the judgment in this case is paid in full, Aaron Gibson is no longer employed with SECURITAS SECURITY SERVICES USA INC. or further order of the Court.

                            Respectfully submitted,

                By:   */s/ Craig S. Schoenherr, Sr.*
                        CRAIG S. SCHOENHERR, SR. (P32245)
                        Attorney for the United States
                        O'Reilly Rancilio PC
                        12900 Hall Rd Ste 350
                        Sterling Heights, MI  48313
                        Phone: (586) 726-1000
                        cschoenherr@orlaw.com

Dated: June 12, 2018