UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON GIBSON,

    Defendant,

and

SECURITAS SECURITY
SERVICES USA, INC.,

    Garnishee Defendant.

                              /

Case No. 2:12-cv-11581

HONORABLE STEPHEN J. MURPHY, III

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION
### FOR GARNISHEE DEFENDANT TO TURN OVER GARNISHMENT FUNDS [24]

After reviewing the Ex-Parte Motion filed by the Plaintiff, and being otherwise advised in the matter:

**WHEREFORE**, it is **HEREBY ORDERED** that Plaintiff's ex parte motion for garnishee defendant to turn over garnishment funds [24] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Garnishee Defendant, SECURITAS SECURITY SERVICES USA INC., will turn over the funds being held to the Plaintiff and continue to withhold funds and forward those funds until such time as the judgment in this case is paid in full, Aaron Gibson is no longer employed with SECURITAS SECURITY SERVICES USA INC., or further order of the Court;

**IT IS FURTHER ORDERED** that SECURITAS SECURITY SERVICES USA INC. shall remit the monies so deducted to the Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 19, 2018, by electronic and/or ordinary mail.

s/ David Parker
Case Manager